**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 160 MAL 2020

         Respondent    :

                         :   Petition for Allowance of Appeal
                         :   from the Order of the Superior Court

         v.                  :

JUAN RAMON TIBURCIO,        :

         Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.